# United States Court of Appeals
## For the First Circuit

No. 13-1706

CORPORATE TECHNOLOGIES, INC.,

Plaintiff, Appellee,

v.

BRIAN HARNETT; ONX USA LLC, d/b/a ONX ENTERPRISE SOLUTIONS,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on September 23, 2013 is amended as follows:

On the cover sheet, replace "August 23, 2013" with "September 23, 2013"